NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**In re: APPLE INC.,**
*Petitioner*

2023-135

On Petition for Writ of Mandamus to the United States District Court for the Western District of Texas in No. 6:22-cv-00351-ADA, Judge Alan D. Albright.

**ON PETITION**

Per Curiam.

**O R D E R**

Apple Inc. submits a petition for a writ of mandamus directing the United States District Court for the Western District of Texas to vacate its order denying transfer and to transfer pursuant to 28 U.S.C. § 1404(a) to the United States District Court for the Northern District of California.

Upon consideration thereof,

It Is Ordered That:

Lionra Technologies Limited is directed to respond to the petition no later than seven days from the date of filing

of this order. Any reply in support of the petition is due no later than three days thereafter.

FOR THE COURT

<u>June 15, 2023</u>　　　　　　　　　<u>/s/ Jarrett B. Perlow</u>
　　　Date　　　　　　　　　　　　Jarrett B. Perlow
　　　　　　　　　　　　　　　　　Acting Clerk of Court